Civil Cover Sheet                    Jan 26, 10

Sinf Moore
3740 Westchester Dr
Jackson, MS 39213
601-362-5844 — Particular

U.S. District Court
for the
District of Columbia

**FILED**
MAR - 9 2010
Clerk, U.S. District and
Bankruptcy Courts

v

U.S. Justice Dept D.C.
State of MS — Co Defendant
State of CA — Co Defendant
Charles Moore JR. — Co Defendant

Case: 1:10-cv-00382
Assigned To : Unassigned
Assign. Date : 3/9/2010
Description: Pro Se Gen. Civil

Jurisdiction — 28  1331

Statute — 18  2511

Cases Related — Moore v City College S.D. CA
               Moore v Cranston + Stennis
               Moore v State of New Jersey

No Jury

Demand — 100 million — 1968
         Title 18 250         Derivative

Complaint

**RECEIVED**
FEB - 1 2010
Clerk, U.S. District and
Bankruptcy Courts

1

## Intro

Particular, hereby alleges or complain about intrusion upon seclusion against defendant. and before this Court of Washington D.C., 1st District of Columbia particular bear exclusive right to subject matter; and with a been rise in this Court, particular proceed as follow. Jurisdiction is proper under Sect. 1331 of 28 and claim arise under 18 2511, 18, 2520 that Defendant intentional intruded on plaintiff seclusion and is entitled for relief for offensive + objectionable, and tortious intrusion of Privacy Act 1871. wherefore, plaintiff request judgement against defendant for damages as allowed under Title 18 2520, for 100 million. the exercise of pendent jurisdiction serves the interest of judicial economy - (Reganomics) convenience (Diane Feenstein) and fairness to parties (Margarette Thatcher.)

1.

Pro Se Att
Sup 22

Jurisdiction - 28 1331 (splitter)

Claim: The district court shall original jurisdiction on all civil actions arising under Constitutional, laws or treaties of the US.

Plea: The Federal courts have an obligation to set their face against enforcement of the law by lawless means because in fairness and honorable of justice, which ultimately depends on the rule of law. Gelbard v US 408 US 41

2

Pro Se Atte
suit su

Constitutional

Claim - Particular believes Defendants has violate 1st 4th 14th Amendments ( pairs 5-5 )

plea: *1st Amend - Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise, or abridgeing the freedom of speech or of the press or the right of the people peaceably to assemble and to petition the Government for redress of grievances. Bartnicki v Vooper 532 US 514

*4th Amend - The right of people to be secure in their persons, houses, papers, and effects, against unreasonable searches & seizures, shall not be violated, and no warrant shall issue. Chandler v Miller 520 US 305. In re Patrick Y 124 Md App 604. Time v Hill 385 US 374.

*14th Amend - No state shall make or enforce any law, without due process of law. Graham v Connor 490 US 386.

3

Pro se Atty
Scut 24

Statutory Right — 18 2511    (7/11)

claim: Defendants has violate Title 18 2511 (1A)

plea: Except as otherwise specifically provided in this Chapter 18 2510 any person who intentionally intercept endeavors to intercept or procures any other person to intercept or endevor to intercept use any wire, oral or electronic communication. U.S. v Bernstein 430 US 92.

4

Pro Se Atty
Suf 22

## Conclusion

Proof of Facts; In subpena, Terry Donahue (UCLA) partecular will show "chou the hue; Where of Application player wire the Terry Rule, in for Buckingham Dervitite Rose Bowl school grades of 1979. Told the Don that he was King of the Junk Bond See Thompson 4th District, Noonan 9th Circuit Court, Canby 9th Circuit Court. Procter + Hamble Co v Banker Trust Co. However, Partecular want to address the case in N.J. 3.09cv4595 if Application player is aid-abeting Judge Brown. or has violated the 86 Amend of Privacy Act of 26 for dieclouse of information of partecular claim. "So that, Joan Rivers, and I can move on! PRO SE
ATTY

5

Proof of Service

I, Joe Hayes hereby submitted complaint on Jan 26 10 to the U.S. District Court of Columbia. I am of legal age and a U.S citizen. With no interest in the complaint. Defendants, U.S. Justice Dept of D.C. and Co Defendant State of CA, State of MS, Charles Moore Jr. of Chicago Ill, C.F. Moore Construction. It is hereby so duly serve to the U.S District Court of D.C.

Joe Hayes
Third Party